UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-02949-PD Date: July 24, 2026

Title *Phillips v. Technology North America Holdings Inc.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause Why This Action Should Not be Dismissed for Failure to File a Proof of Service**

On March 19, 2026, Tammy M Phillips ("Plaintiff") filed a complaint against Technology North America Holdings Inc. d/b/a Vama ("Defendant"), as the sole defendant. Dkt. No. 1. On March 27, 2026, the Clerk of Court issued a summons for Defendant. Dkt. No. 6.

Since then, Plaintiff has not filed a proof of service of the summons, complaint and Notice of Assignment and Declination of Consent, Dkt. No. 5, on Defendant.

More than ninety days have passed since Plaintiff filed the complaint. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-02949-PD Date: July 24, 2026

Title *Phillips v. Technology North America Holdings Inc.*

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, by **August 5, 2026**, why proper service was not timely made on Defendant, and why this case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution. Failure to timely file a written response to this Order may result in dismissal of this action for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order. *See* Fed. R. Civ. P. 41(b). Plaintiff may discharge this Order by filing a proof of service that complies with the applicable rules.

**IT IS SO ORDERED**.